BROWN TRANSPORT CORPORATION, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 20297.

United States Court of Appeals
Fifth Circuit.

July 21, 1964.

Fred W. Elarbee, Jr., Frank A. Constangy, Atlanta, Ga., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., for respondent.

Arthur M. Goldberg, Atty., Washington, D. C.

Edwin Pearce, John S. Patton, Atlanta, Ga., amicus curiae.

Before CAMERON,* WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

Substantial evidence in the record as a whole supports the findings of the Board, except as to the portion of the findings supporting the Board's order that the employer make payments of back pay to the complaining employees. The petition for review is denied and it is ordered that the Board's Order be enforced, except that portion of the Order dealing with back pay.

H. S. McQUAGGE and Marjorie McQuagge, and W. H. Laird and Dorothy Laird, Appellants,

v.

Harry LEFKOWITZ and Frances Lefkowitz, Appellees.

No. 20739.

United States Court of Appeals
Fifth Circuit.

July 23, 1964.

See also, 5 Cir., 296 F.2d 50.

Ernest W. Welch, Panama City, Fla., for appellants.

John M. Coe, Pensacola, Fla., for appellees.

Before MAGRUDER,* JONES and GEWIN, Circuit Judges.

PER CURIAM.

A review of the facts of this case as shown by the record and a consideration of the applicable principles leaves us with the conviction that the decision of the district court was correct, and for the reasons stated by it. Lefkowitz v. McQuagge, 230 F.Supp. 757. There being no error, the judgment of the district court is

Affirmed.

* It should be observed that Judge Cameron participated in the hearing and decision of this cause but died before the opinion was filed. See 28 U.S.C.A. § 46.

* Senior Circuit Judge of the First Circuit, sitting by designation.